IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER MORRISON,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>　　　　　**Defendant.** | **NO.  13-4665** |

### O R D E R

**AND NOW**, this 8th day of January, 2015, upon consideration of the pleadings, the Plaintiff's Brief and Statement of Issues in Support of Request for Review and Plaintiff's Motion for Summary Judgment, and the record in this case, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated December 10, 2014, there being no objections, and good cause appearing, **IT IS ORDERED** as follows:

　　1.　　The Report and Recommendation of United States Magistrate Judge M. Faith Angell dated December 10, 2014, is **APPROVED** and **ADOPTED**;

　　2.　　Plaintiff's Statement of Issues in Support of Request for Review and Plaintiff's Motion for Summary Judgment are **GRANTED IN PART** and **DENIED IN PART**.  The part of the Request for Review and Motion which seek a remand is **GRANTED**.  The part of the Request for Review and Motion which seek a determination by this Court that plaintiff is entitled to disability insurance benefits is **DENIED**; and,

　　3.　　The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further

2

proceedings consistent with the Report and Recommendation of United States Magistrate Judge M. Faith Angell dated December 10, 2014.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**